USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6-13-18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HTV INDUSTRIES, INC.,

                Plaintiff,        17-cv-3635 (JGK)

    - against -                **ORDER**

DEEPAK AGARWAL,

                Defendant.

**JOHN G. KOELTL, District Judge:**

The Court has reviewed Magistrate Judge Freeman's May 24, 2018, Report and Recommendation in this case. No objections have been filed, and the time to file objections has passed. The Court adopts in full Magistrate Judge Freeman's Report and Recommendation. For the reasons stated in Magistrate Judge Freeman's Report and Recommendation, the Clerk is directed to enter judgment in favor of the plaintiff and against the defendant in the amounts of:

1. $616,275.63 in principal due and owing under the Promissory Note;

2. $43,756.59 in unpaid interest accrued as of September 25, 2016;

3. Additional interest on the loan balance of $660,032.22 for the period from September 26, 2018, to the date of entry of the judgment, to be calculated by the Clerk of Court at the rate of $366.68 per day (i.e., 20% per

annum, based on the actual number of days elapsed over a year of 360 days);

4. $13,132.25 in attorneys' fees; and

5. $576.77 in costs.

The Clerk is also directed to close this case.

**SO ORDERED.**

**Dated:** **New York, New York**
**June 12, 2018**

_____
John G. Koeltl
United States District Judge